UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Ted Scott Ward - #143810 | Case No. 14-mc-80250-JD<br><br>**ORDER OF SUSPENSION** |

Because Ted Scott Ward has failed to respond to the Order to Show Cause, Mr. Ward's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: November 4, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Ted Scott Ward - #143810

Case No.   14-mc-80250-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/4/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ted Scott Ward
4401 Wilshire Blvd.
2nd Floor
Los Angeles, CA 90010

Dated: 11/4/2014

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28